```
ANNE MILGRAM
ATTORNEY GENERAL OF NEW JERSEY
Attorney for Defendant
   Jerry Fischer
140 E. Front Street
P.O. Box 087
Trenton, New Jersey 08625-0087
By:  Lisa Hibner Tavani  (LT0504)
     Deputy Attorney General
     (609) 984-1976
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT FREEMAN and JUDY FREEMAN, WALTER HANSEL WINERY, INC., MEYER FRIEDMAN and BEVERLY FRIEDMAN, | HON. KATHARINE S. HAYDEN, U.S.D.J.<br><br>Civil Action No.  03cv03140 (KSH) |
| Plaintiffs, | |
| v. | ORDER GRANTING DEFENDANT JERRY FISCHER'S REQUEST FOR A STAY PENDING APPEAL |
| JERRY FISCHER, Director of the New Jersey Division of Alcoholic Beverage Control, | |
| Defendant, | |
| and | |
| R&R MARKETING LLC, ALLIED BEVERAGE GROUP, LLC and FEDWAY ASSOCIATES, INC., | |
| Intervenor-Defendants. | |

Upon application by Anne Milgram, Attorney General of New Jersey, by Lisa Hibner Tavani, Deputy Attorney General appearing on behalf of Defendant Jerry Fischer, and with the consent of counsel for Plaintiffs in this matter, Robert D. Epstein, Esq.,

IT IS on this 3rd day of July, 2008,

ORDERED that a stay is entered respecting the portion of this Court's Order dated June 30, 2008, that enjoins enforcement by the State of New Jersey and its agencies of the provisions of the New Jersey Alcoholic Beverage Control Act declared unconstitutional; and

IT IS FURTHER ORDERED that the attorneys for defendant Jerry Fischer serve a copy of this Order upon all counsel of record forthwith.

                              S/ Katharine S. Hayden

                              _____
                              Katharine S. Hayden, U.S.D.J.