**United States District Court**
**for the District of New Jersey**

| | |
|---|---|
| ROBERT FREEMAN, JUDY FREEMAN, WALTER HANSEL WINERY, INC., MEYER FRIEDMAN, and BEVERLY FRIEDMAN,<br>             *Plaintiffs*,<br><br>   v.<br><br>JERRY FISCHER, Director of the New Jersey Division of Alcoholic Beverage Control,<br>             *Defendant*. | Civil No.: 03-3140  (KSH)<br><br>**ORDER** |

   This matter having come before the Court on the plaintiffs' motion to reopen the case and issue an amended fee award [D.E. 186], and in accordance with the instructions of the United States Court of Appeals for the Third Circuit "to enter judgment in the amount of the reduced award," and the Court having reviewed the plaintiffs' submissions, and no opposition having been filed,

   IT IS on this 21st day of April, 2014,

   **ORDERED** that the Clerk of the Court shall open the case; and it is further

   **ORDERED** that plaintiffs' motion to reopen case and issue an amended fee award [D.E. 186] is **GRANTED**; and it is further

   **ORDERED** that plaintiffs are awarded fees and expenses totaling $574,797, replacing the amount from the Court's previous order [D.E. 180]; and it is further

   **ORDERED** that the Clerk of the Court shall close the case.

/s/ Katharine S. Hayden
Katharine S. Hayden, U.S.D.J.
